UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:22–mj–271

v.                                   Hon. Sally J. Berens

RYAN KELLEY,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    First Appearance – Rule 5 (Out
Date/Time:                June 9, 2022   02:30 PM
Magistrate Judge:    Sally J. Berens
Place/Location:        650 Federal Building, Grand Rapids, MI

*Public audio access (listen only) for the 6/9/2022 hearing beginning at 2:30 PM will be available by phone at (888) 363–4734 with Access Code 6957754#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii).*

                                                     SALLY J. BERENS
                                                     U.S. Magistrate Judge

Dated:  June 9, 2022        By:     /s/ Jenny Norton_____
                                             Courtroom Deputy