# United States District Court
# Western District of Michigan (Southern Division (1))
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−00271−SJB All Defendants
### *Internal Use Only*

Case title: USA v. Kelley

Other court case number: 1:22−mj−00133 District of Columbia

Date Filed: 06/09/2022

Assigned to: Magistrate Judge Sally J. Berens

**defendant (1)**

| | |
|---|---|
| **Ryan Kelley** | represented by **Heath Michael Lynch**<br>Springstead Bartish Borgula & Lynch PLLC (GR)<br>60 Monroe Center St., NW, Ste. 500<br>Grand Rapids, MI 49503<br>(616) 458−5500<br>Email: heath@sbbllaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

RULE 5 MISDEMEANOR PROCEEDINGS

**Disposition**

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Christopher M. O'Connor**<br>U.S. Attorney (Grand Rapids)<br>The Law Bldg. |

330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501−0208
(616) 456−2404
Email: Christopher.OConnor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/09/2022 | | | WARRANT EXECUTED; defendant Ryan Kelley arrested by FBI agent Brett Coble in Allendale, MI (USM Control Room, mac) (Entered: 06/09/2022) |
| 06/09/2022 | 1 | | NOTICE OF HEARING as to defendant Ryan Kelley: first appearance on a Rule 5 set for 6/9/2022 at 02:30 PM at 650 Federal Building, Grand Rapids, MI before Magistrate Judge Sally J. Berens; Public audio access (listen only) will be available by phone at (888) 363−4734 with Access Code 6957754#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii) (jln) (Entered: 06/09/2022) |
| 06/09/2022 | | | (NON−DOCUMENT) ATTORNEY APPEARANCE of Heath Michael Lynch for defendant Ryan Kelley [Attorney Heath Michael Lynch added to party Ryan Kelley(pty:dft)] (Lynch, Heath) (Entered: 06/09/2022) |
| 06/09/2022 | 2 | | MINUTES of FIRST APPEARANCE in Rule 5 proceedings for defendant Ryan Kelley held before Magistrate Judge Sally J. Berens; Attorney Heath Lynch appeared on defendant's behalf; defendant waived all hearings in this district; defendant released on personal recognizance bond; Order to Appear in charging district to issue (Proceedings Digitally Recorded) (jln) (Entered: 06/09/2022) |
| 06/09/2022 | 3 | | WAIVER of Rule 5 and 5.1 hearings by Ryan Kelley (jln) (Entered: 06/09/2022) |
| 06/09/2022 | 4 | | BOND and ORDER setting conditions of release as to defendant Ryan Kelley; defendant released on personal recognizance bond; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 06/09/2022) |
| 06/09/2022 | 5 | | ORDER requiring defendant Ryan Kelley to appear by video June 16, 2022 at 1:00 PM in the District of Columbia where charges are pending; any bail deposited in the registry of this court should be transferred by the clerk to the District of Columbia; signed by Magistrate Judge Sally J. Berens (jln) (jln). (Entered: 06/09/2022) |

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Ryan Kelley | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-00271-SJB | 6/9/2022 | 2:34 PM - 2:45 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Christopher M. O'Connor | Heath Lynch | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Misdemeanor, Class A | Out-of-District Warrant   DC 1:22-mj-00133 | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>   __ mute    __ nolo contendre<br>   __ not guilty    __ guilty<br>__ Initial Pretrial Conference<br>__ Detention    (waived __)<br>__ Preliminary  (waived __)<br>✓ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>✓ Waiver of Rule 5 and 5.1 Hearings<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>   __ Ordered    __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __Yes  __No<br>Defendant informed of right to appeal:    __Yes  __No<br>Counsel informed of obligation to file appeal: __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ _____ Personal Recognizance |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Norton |

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-mj-00271-SJB |
| Ryan Kelley | ) | Charging District's Case No. 1:22-mj-00133 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia   .

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)  a hearing on any motion by the government for detention;

(6)  request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☑  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 06/09/2022

*Defendant's signature*

*Signature of defendant's attorney*

Heath Lynch
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                    Plaintiff,              Case No. 1:22-mj-00271-SJB

v.

RYAN KELLEY

                    Defendant.

## APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE

### Type of Bond

[✓] This is a personal recognizance bond.

[ ] This is an unsecured bond of $_____.

[ ] This is a secured bond of $_____, secured by:

    [ ] (a) $_____, in cash deposited with the court.

    [ ] (b) the agreement of the defendant and each surety to forfeit the following cash or other property (describe the cash or other property, including claims on it - such as a lien, mortgage, or loan - and attach proof of ownership and value):

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    [ ] (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant, - and each surety - declare under the penalty of perjury that:
    (1) all owners of the property securing this appearance bond are included on the bond;
    (2) the property is not subject to claims, except as described above; and
    (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant - and each surety - have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant - and each surety - declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

_____    _____
*Surety/property owner - printed name*                  *Surety/property owner - signature and date*

_____    _____
*Surety/property owner - printed name*                    *Surety/property owner - signature and date*

_____    _____
*Surety/property owner - printed name*                    *Surety/property owner - signature and date*

I further agree to abide by the additional conditions and provisions of release checked below upon penalty of revocation of my bond.

## Standard Conditions of Release

[✓] I agree not to commit any offense under 18 U.S.C. § 1503 (influencing or injuring an officer, juror, or witness); 18 U.S.C. § 1512 (tampering with a witness, victim, or informant), or 18 U.S.C. § 1513 (retaliating against a witness, victim, or informant), or any other federal, state or local criminal law.

[✓] I agree not to use or possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. I agree not to use or possess marijuana, including medical marijuana and/or synthetic marijuana, and shall not frequent marijuana grow stores/care facilities, etc.

[✓] I agree to personally appear at all proceedings as required by this court and to obey any further orders and directions of the court and shall surrender for service of any sentence imposed as directed.

[✓] I agree to advise the Pretrial Services Office or Supervising Officer in writing before making any change of address, telephone number, or employment.

[✓] I agree not to enter into any agreement to act as an informer or agent of law enforcement agency without the permission of the court.

## Additional Conditions of Release

[✓] 1. I understand that supervision by Pretrial Services ( ) is (✓) is not required by the court. If required, I agree to report to the Pretrial Service Office or Supervising Officer as directed.

[ ] 2. I understand that all the current terms and conditions of supervision remain in effect, and are made a part of this bond.

[✓] 3. I agree to remain in ____the continental United States____ unless I have the prior consent of the Pretrial Services Office, Supervising Officer or the court.

[ ] 4. I agree to report as soon as possible to the Pretrial Services Office or Supervising Officer, any contact with law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

[ ] 5. I agree to submit to urinalysis or other drug testing, treatment and/or counseling as directed by the Pretrial Services Office or Supervising Officer and shall pay at least a portion of the cost according to my ability as determined by the Pretrial Services Office or Supervising Officer. I also will not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

- [ ] 6. I agree to undergo medical or mental health assessment, treatment and/or counseling as directed by the Pretrial Services Office or Supervising Officer and shall pay at least a portion of the cost according to my ability as determined by the Pretrial Services Office or Supervising Officer.

- [ ] 7. I agree not to:
  - [ ] use or possess any alcohol.
  - [ ] use alcohol excessively.
  - [ ] have alcoholic beverages in my home.
  - [ ] enter any establishment whose primary function is the serving of alcohol (e.g. bars).

- [ ] 8. I agree not to possess a firearm or firearm replica, destructive device, or other weapon and that all such items shall be removed from my place of residence.

- [ ] 9. I agree to maintain or actively seek employment.

- [ ] 10. I agree to maintain or commence an education program.

- [ ] 11. I agree not to apply for or enter into any loan or other credit transaction without the previous written permission of the Pretrial Services Office or Supervising Officer.

- [ ] 12. I agree to surrender any passport currently in my possession to _____ and not to obtain a passport or other international travel document.

- [ ] 13. I agree to have no computers in my home and to have no Internet access.

- [ ] 14. I agree not to:
  - [ ] have unsupervised contact with minors or to frequent places where children are generally found.
  - [ ] possess or access any materials, including pictures, photographs, books, writings, drawings, videos or video games, depicting and /or describing child pornography as defined by 18 U.S.C. § 2256(8).
  - [ ] possess any sexually stimulating or sexually oriented material deemed inappropriate by the Pretrial Services Office or Supervising Officer and/or treatment staff.
  - [ ] patronize or be in or around places where sexually explicit materials or stimuli are available (i.e. nude dancing clubs, pornography shops, etc.).

- [ ] 15. I agree to cooperate in the collection of a DNA sample pursuant to 42 U.S.C. § 14135a.

- [ ] 16. I agree to avoid all contact, directly or indirectly, with any persons who are or who may become a witness, victim, informant, or co-defendant, in the subject investigation or prosecution, including but not limited to:

- [ ] 17. I agree to reside at _____ and will abide by all rules and regulations of the program. Additionally, I am:
  - [ ] eligible for work release.
  - [ ] not eligible for work release.

- [ ] 18. I agree to participate in the following location monitoring/restriction program(s) and will abide by all the requirements of the program and instructions provided and shall pay at least a portion of any cost according to my ability as determined by the Pretrial Services Office or Supervising Officer:
  - [ ] Curfew: I am restricted to my residence every day
    - [ ] from _____ to _____, or [ ] as directed by the Pretrial Services Office or Supervising Officer; or
  - [ ] Home Detention: I am restricted to my residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits, court appearances; court-ordered obligations; or other activities approved in advance by the Pretrial Services Office or Supervising Officer; or
  - [ ] Home Incarceration: I am restricted to 24-hour-a-day lock-down at my residence except for medical necessities and court appearances or other activities specifically approved by the Pretrial Services Office or Supervising Officer.
  - [ ] Location Monitoring.

☐ 19. I agree to reside with/at _____ .

☐ 20. I agree to being placed in the custody of _____ .

    I, the third party custodian, agree (a) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (b) to notify the court immediately in the event the defendant violates any conditions of release or is no longer in my custody.

Signed: _____  _____
                                  Custodian                              Date

☐ 21. I agree to the following additional conditions:

[ ]

## Advice of Penalties and Sanctions to the Defendant

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Declaration of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of and understand the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I agree and understand that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as I am exonerated. I am aware of the penalties and sanctions set forth above.

_/s/ [signature]_
Signature of Defendant

☑ This bond was sworn to and signed before a Deputy Clerk of Court or Judicial Officer.

## Order and Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.

Date: June 09, 2022            /s/ Sally J. Berens
                                                    U.S. Magistrate Judge

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-mj-00271 |
| Ryan Kelley | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:22-mj-00133 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | by Zoom in the District of Columbia | Courtroom No.: | by video |
|---|---|---|---|
| | | Date and Time: | June 16, 2022 at 1:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 09, 2022

/s/ Sally J. Berens
*Judge's signature*

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*